BENJAMIN B. WAGNER
United States Attorney
Laurel J. Montoya
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

SEALED

FILED
SEP 21 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 1:12 MJ 00225 BAM |
| Plaintiff, | **UNDER SEAL** |
| vs. | |
| JUAN MANUEL RODRIGUEZ, MIGUEL ANGEL RODRIGUEZ, JOSE CARLOS FLORES-RODRIGUEZ, CARLOS ARMANDO LUNA, MARISOL RODRIGUEZ, FRANK RODRIGUEZ, MIGUEL MALAGON-ALEJANDREZ, TRAVIS DODD, EDGARDO TORRES, and WESLEY CARLOS, | ORDER SEALING COMPLAINT AND ASSOCIATED DOCUMENTS |
| Defendants. | |

The United States having applied to this Court for an order permitting it to file its Complaint and associated documents, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, shall be filed with this Court under seal and shall not be disclosed pending further order of this Court.

DATED: September 20, 2012

_____
U.S. Magistrate Court Judge

I