1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FILED

SEP 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

6            IN THE UNITED STATES DISTRICT COURT FOR THE
7                   EASTERN DISTRICT OF CALIFORNIA
8
9
                                    )   CASE NO. 1:12-mj-225
10 UNITED STATES,                   )
                                    )
11        Plaintiff,                )
                                    )   MOTION AND ORDER TO UNSEAL
12    v.                            )   COMPLAINT
                                    )
13 Juan Manuel Rodriguez, et al.,   )
                                    )
14        Defendants.               )
   _____)
15

16      The United States of America hereby applies to this Court
17 for an order pursuant to Rule 6(e) of the Federal Rules of
18 Criminal Procedure.  There no longer exists any reason to keep
19 the complaint underseal as the defendant has been arrested.
20      Based on the foregoing, the United States respectfully
21 requests that the complaint be unsealed and made public record.
22                                  Respectfully submitted,
23 Dated: September 25, 2012        BENJAMIN B. WAGNER
                                    United States Attorney
24
25                                  /s/ Laurel J. Montoya_____
                                    LAUREL J. MONTOYA
26                                  Assistant U.S. Attorney
27
28

BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>Juan Manuel Rodriguez, et al.,<br><br>    Defendants. | CASE NO. 1:12-mj-225<br><br>ORDER TO UNSEAL COMPLAINT |

    This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

    IT IS HEREBY ORDERED that the case be unsealed as to Juan Manuel Rodriguez, et al., and be made public record.

DATED: September 26, 2012

_____
Barbra A. McAuliffe
U.S. Magistrate Judge