BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>Juan Manuel Rodriguez, et al.,<br><br>    Defendants. | CASE NO. 1:12-mj-225<br><br>MOTION AND ORDER TO UNSEAL COMPLAINT |

    The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the complaint underseal as the defendant has been arrested.

    Based on the foregoing, the United States respectfully requests that the complaint be unsealed and made public record.

                                Respectfully submitted,

Dated: September 25, 2012       BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Laurel J. Montoya
                                LAUREL J. MONTOYA
                                Assistant U.S. Attorney

```
BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>Juan Manuel Rodriguez, et al.,<br><br>    Defendants. | CASE NO. 1:12-mj-225<br><br>ORDER TO UNSEAL COMPLAINT |

    This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

    IT IS HEREBY ORDERED that the case be unsealed as to Juan Manuel Rodriguez, et al., and be made public record.

DATED: September 26, 2012

_____
Barbra A. McAuliffe
U.S. Magistrate Judge