UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Hon. Magistrate Barbara McAuliffe)

| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00310-AWI-BAM |
|---|---|
| Plaintiff, | |
| vs. | ORDER CONTINUING STATUS CONFERENCE HEARING |
| JUAN MANUEL RODRIGUEZ, et al. | |
| Defendants. | |

GOOD CAUSE appearing with the filing of a Stipulation by all the parties (Doc. 111), it is hereby ordered that the 12th Status Conference hearing for all Defendants in the above-referenced case currently scheduled for December 8, 2014 at 1:00 p.m. is continued to January 26, 2014 at 1:00 p.m. before Judge McAuliffe.

It is further ordered that all time between the date of this order and January 26, 2015, is excluded pursuant to Title 18 U.S.C. section 3161 (The Speedy Trial Act).

IT IS SO ORDERED.

Dated: **December 4, 2014**       /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE