BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JUAN MANUEL RODRIGUEZ, et al.,<br><br>            Defendants, | CASE NO.  1:12-CR-000310  AWI BAM<br><br>STIPULATION TO CONTINUE STATUS HEARING; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendants by and through their undersigned counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status hearing April 27, 2015 at 1:00 p.m.

2. By this stipulation, government moves to continue the status hearing to June 8, 2015, or at a time convenient to the court, and to exclude time under 18 U.S.C.§ 3161(h)(a), (B)(iv). Defense counsel does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The parties have been actively engaged in plea negotiations and are very close to an agreement that will eliminate the need for trial.  While a few details need to be resolved, the parties anticipate that an agreement will be reached.  The attorney for the government has suffered a serious

personal loss, which will complicate efforts to finalize the negotiations. It is requested that the current status conference date be vacated to allow the negotiations to conclude.

   b. The parties have agreed to continue the date for the status conference to June 8, 2015;

   c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2015, and June 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(a), (B)(iv) because it results from a continuance granted by the Court at the parties request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

| | |
|---|---|
| DATED: April 24, 2015 | /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| DATED: April 24, 2015 | /s/ Patrick Q. Hall<br>PATRICK Q. HALL<br>Attorney for Juan Manuel Rodriguez |
| DATED: April 24, 2015 | /s/ Carol Ann Moses<br>CAROL ANN MOSES<br>Attorney for Miguel Angel Rodriguez |
| DATE: April 24, 2015 | /s/ Yan Shrayberman<br>YAN SHRAYBERMAN<br>Attorney for Jose Carlos Flores-Rodriguez |
| DATE: April 24, 2015 | /s/ Anthony P. Capozzi<br>ANTHONY P. CAPOZZI<br>Attorney for Carlos Armando Luna |
| DATE: April 24, 2015 | /s/ Patrick Q. Hall for Dale Blickenstaff<br>DALE BLICKENSTAFF<br>Attorney for Marisol Rodriguez |
| DATE: April 24, 2015 | /s/ David A. Torres<br>DAVID A. TORRES<br>Attorney for Miguel Malagon-Alejandrez |

| | |
|---|---|
| DATE: April 24, 2015 | /s/ Richard A. Beshwate, Jr.<br>RICHARD A. BESHWATE, Jr.<br>Attorney FOR Travis John Dodd |
| DATE: April 24, 2015 | /s/ Daniel L. Harralson<br>DANIEL L. HARRALSON<br>Attorney for Edgardo Torres |
| DATE: April 24, 2015 | /s/ Mark A. Broughton<br>MARK A. BROUGHTON<br>Attorney for Wesley Carlos |

O R D E R

IT IS SO FOUND AND ORDERED that the 13th STATUS CONFERENCE is continued from April 27, 2015 to June 8, 2015 at 1:00 p.m. before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(a), (B)(iv).

IT IS SO ORDERED.

Dated: **April 24, 2015**         /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE