RICHARD A. BESHWATE, JR.  SBN 179782
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>TRAVIS DODD,<br><br>           Defendants. | Case No.  1:12-CR-00310-DAD-BAM-8<br><br><u>STIPULATION AND ORDER TO</u><br><u>CONTINUE SENTENCING HEARING</u> |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR., attorney for Defendant TRAVIS DODD,  and LAUREL MONTOYA, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for April 11, 2016 at 10:00 a.m., shall be continued until MAY 11, 2016, at 10:00 a.m., or a time that the matter may be heard that the Court deems appropriate.

   This continuance is necessary because parties need additional time to prepare for sentencing.

   The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable

1

time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: April 6, 2016            Respectfully submitted,

/s/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
TRAVIS DODD

Dated:  April 6, 2016

Respectfully submitted,

/s/ Laurel Montoya
MELANIE ALSWORTH
Assistant U.S. Attorney

## ORDER

The sentencing hearing for the above named defendant is continued to **May 16, 2016,** at 10:00am in Courtroom 5 before District Judge Dale A. Drozd**.**

IT IS SO ORDERED.

Dated:   **April 7, 2016**                                   _____
UNITED STATES DISTRICT JUDGE

2